1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOREEN ZARRABI, an individual, | **CASE NO.: ED CV 14-175-DMG (SPx)** |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE [22]** |
| v. | |
| LIBERTY SPORT, INC.; and DOES 1 through 100, inclusive, | |
| Defendants. | |

1  The Court, having considered the parties' executed Stipulation for Dismissal
2  with Prejudice, and good cause appearing therefor;
3      **IT IS HEREBY ORDERED** as follows:
4      1. Plaintiff's entire complaint against Defendant Liberty Sport, Inc., as
5      captioned above, including all causes of action alleged therein, is hereby
6      dismissed **WITH PREJUDICE**; and
7      2. All parties shall bear their own attorneys' fees and cost.
8  **IT IS SO ORDERED.**
9
10 DATED: September 22, 2014      _____
11                                     DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE